IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTEO GOMEZ, F01170,   )<br>                                                    )<br>            Plaintiff,                      )<br>                                                    )<br>   v.                                            )<br>                                                    )<br>J. CLARK, et al.,                       )<br>                                                    )<br>            Defendant(s).           )<br>_____ ) | No. C 11-4056 CRB (PR)<br><br>ORDER OF DISMISSAL<br><br>(Docket # 2 & 4) |

This civil action by a prisoner was filed on August 19, 2011. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

On September 14, 2011, plaintiff filed another IFP application without a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. Plaintiff's incomplete in forma pauperis application (docket # 2 & 4) is DENIED and the action is DISMISSED without prejudice. The clerk shall close the file.

SO ORDERED.

DATED: Sept. 30, 2011                    _____
                                                          CHARLES R. BREYER
                                                          United States District Judge

G:\PRO-SE\CRB\CR.11\Gomez, T.11-4056.dsifp.wpd